UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

Plaintiff,

v.

ELUM, et. al.,

Defendants.
_____/

Case No. 2:23-CV-10093
Honorable Denise Page Hood

## OPINION AND ORDER DENYING PLAINTIFF PERMISSION TO PROCEED *IN FORMA PAUPERIS,* DENYING HIS MOTION TO FILE A CIVIL RIGHTS COMPLAINT (ECF NO. 3) AND DISMISSING THE CASE

Before the Court is Plaintiff Darren Johnson's motion for leave to file a civil rights complaint under 42 U.S.C. § 1983. ECF No. 3.  For the reasons stated below, Plaintiff is denied permission to proceed *in forma pauperis* or to file a civil rights complaint.  The case is dismissed with prejudice.

"Plaintiff is a prolific filer in Michigan's Federal Courts." *Johnson v. Schultz*, No. 2:22-CV-11056, 2022 WL 1569281, at *1 (E.D. Mich. May 18, 2022).  Plaintiff has numerous cases that have been dismissed for being frivolous, malicious, or for failing to state a claim upon which relief can be granted.  Because of these prior dismissals, he has subsequently been denied permission to proceed without prepayment of fees and costs under the three strikes rule found in 28 U.S.C. § 1915(g). *Id.*  Because of Plaintiff's

lengthy and abusive litigation history of filing "scores of unmeritorious complaints," *Id.,* at *2, another judge in this district enjoined Plaintiff from filing any new action without first obtaining leave of the Court. *Id.*

This Court denies Plaintiff permission to proceed *in forma* pauperis or to file the current civil rights complaint. Plaintiff has been enjoined by another judge in this district from filing lawsuits because he is a "vexatious litigant." Plaintiff's "history of unsubstantiated and vexatious litigation amounts to continued abuse of his *in forma pauperis* status." *See Edwards v. Johns,* 450 F. Supp. 2d 755, 756 (E.D. Mich. 2006)(internal quotation omitted). This Court will not grant Plaintiff permission to proceed *in forma pauperis* or to file this complaint because he has failed to show that his allegations have any merit and that they are not a repetition of his prior complaints. *Id.,* at 757.

**IT IS HEREBY ORDERED** that Plaintiff is **DENIED** permission to proceed *in forma pauperis* (ECF No. 2) or to file a civil rights complaint (ECF No. 3). The case is **DISMISSED** with prejudice.

s/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  January 30, 2023